

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:  In the Commitment of Richard A. Dunsmore

Appellate case number:  01-19-00101-CV

Trial court case number:  84023-CV

Trial court:  412th Judicial District Court of Brazoria County

Appellant Richard Dunsmore, proceeding pro se, has been declared a vexatious litigant and is the subject of a pre-filing order, signed on December 12, 2018, in *In re Commitment of Richard A. Dunsmore*, Cause No. 84023-CV in the 412th District Court of Brazoria County, Texas. *See* Office of Court Administration List of Vexatious Litigants Subject to Pre-Filing Orders under Section 11.101, Civil Practice and Remedies Code, *available at* https://www.txcourts.gov/media/1443162/richard-dunsmore.pdf) (last viewed on June 11, 2019; *see also* TEX. CIV. PRAC. & REM. CODE § 11.104(b) (requiring office of court administration to maintain list and post list of vexatious litigants on agency's website); *Douglas v. Am. Title Co.*, 196 S.W.3d 876, 878 n.2 (Tex. App.—Houston [1st Dist.] 2006, no pet.) (taking judicial notice of Harris County record of vexatious litigants).

The Clerk of this Court may not file an appeal presented by a vexatious litigant subject to a pre-filing order unless the litigant first obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order designating the person a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). Appellant is not appealing from a pre-filing order designating him a vexatious litigant. *See id.* at § 11.103(d).

Accordingly, unless appellant files proof that he has previously obtained an order from the local administrative judge permitting the filing of this appeal, **this appeal may be dismissed for want of jurisdiction without further notice**. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a); TEX. R. APP. P. 42.3(a), (c). Appellant's response, if any, is due to be filed with the Clerk of this Court **within 10 days** from the date of this notice.

It is so ORDERED.

Judge's signature: ___Justice Sarah B. Landau_____

            ☑ Acting individually    ☐ Acting for the Court

Date: ___June 13, 2019___

FILED
at 12:03 o'clock P M.

DEC 1 2 2018

Clerk of District Court Brazoria Co., Texas
BY_____DEPUTY

NO. 84023-CV

IN RE COMMITMENT OF

RICHARD A. DUNSMORE

§
§
§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT OF

BRAZORIA COUNTY, TEXAS

412th JUDICIAL DISTRICT

## ORDER ADJUDICATING RICHARD ALEXANDER DUNSMORE A VEXATIOUS LITIGANT AND PRE-FILING ORDER

On December 12, 2018, this Court having held a hearing at which it heard Defendants' Motion to Declare Richard Alexander Dunsmore a Vexatious Litigant Pursuant to Chapter 11, Texas Civil Practice and Remedies Code and their request for a Pre-Filing Order. After reviewing the record, the evidence presented, the arguments of the parties, and the applicable authorities, the Court **FINDS** that Defendants' motion should be granted and a pre-filing order should be issued.

*The Vexatious Litigant Statute*

Chapter 11 of the Texas Civil Practice and Remedies Code governs suits brought by vexatious litigants and specifies that a Court may, on defendant's motion or *sua sponte,* designate a party as a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE § 11.101.

A Court may declare a party to be a vexatious litigant if there is not a reasonable probability that he will prevail in litigation and the party has a history of filing or repeatedly re-litigating unsuccessful or frivolous suits. TEX. CIV. PRAC. & REM. CODE § 11.054. Specifically, during the seven year period immediately preceding the date the defendant files its motion to declare the plaintiff a vexatious litigant, the plaintiff has "commenced, prosecuted, or maintained at least five litigations as a pro se litigant" that have been "finally determined adversely to the

plaintiff" or have been determined "by a trial or appellate court to be frivolous or groundless under state or federal law or rules of procedure." *See Id.* Finally, a court may find a plaintiff to be a vexatious litigant if the party has previously been declared a vexatious litigant by state or federal in an action or proceeding based on the same or substantially similar facts, transaction, or occurrence. *See Id.*

*No Reasonable Probability of Prevailing in the Cause of Action*

After reviewing the pleadings and evidence in the case, the Court FINDS there is no reasonable probability that Mr. Dunsmore will prevail in this case.

*Mr. Dunsmore's Litigation History*

The State has provided the Court with legally sufficient evidence that, in the seven years prior to the filing of this suit, Mr. Dunsmore, as a *pro se* litigant, has commenced the following unsuccessful litigation.

| DATE FILED | CAUSE NO. | STYLE | COURT | DISPOSITION |
|---|---|---|---|---|
| | | | | |
| 10/17/14 | 79144-I | *Dunsmore v. Hanley* | 412th | Dismissed 03/18/15 |
| 03/13/14 | 76312-I | *Dunsmore v. Ortiz* | 412th | Dismissed 05/06/15 |
| 05/14/14 | 77164-I | *Dunsmore v. Livingston* | 412th | Dismissed 05/06/15 |
| 03/16/15 | 80821-I | *Dunsmore v. Shelby* | 412th | Dismissed 06/17/15 |
| 03/16/15 | 80826-I | *Dunsmore v. Barrow* | 412th | Dismissed 06/17/15 |
| 01/31/16 | 78057-I | *Dunsmore v. Hightower* | 412th | Dismissed 02/02/16 |
| 11/10/15 | 84023-CV | *In Re: Dunsmore* | 412th | Dismissed 02/02/18 |
| 06/27/17 | 92333-I | *Dunsmore v. OSCO* | 412th | Dismissed 02/02/18 |
| | | | | |
| 08/14/17 | 01-17-00637-CV | *In Re: Dunsmore* | 1st COA | Writ denied 11/16/17 |
| 06/29/17 | 07-17-00223-CV | *Dunsmore v. OSCO.* | 7th COA | Dismissed WOJ[1] 07/26/17 |
| 04/28/15 | 14-15-00383-CV | *Dunsmore v. Hightower* | 14th COA | Dismissed WOJ 10/01/15 |
| 04/28/15 | 14-15-00385-CV | *Dunsmore v. Livingstone* | 14th COA | Dismissed WOJ 10/01/15 |

[1] WOJ is an abbreviation for "want of jurisdiction."

** Indicates that the appellate court dismissed the case for appellant's failure to comply with the requirements of Chapter 14 of the Civil Practice and Remedies Code.

*** WOP is an abbreviation for "want of prosecution."

| 07/07/15 | 14-15-00572-CV | *Dunsmore v. Barrow* | 14th COA | Dismissed ** 11/17/15 |
|---|---|---|---|---|
| 07/07/15 | 14-15-00573-CV | *Dunsmore v. Shelby* | 14th COA | Dismissed** 11/17/15 |
| 02/19/16 | 14-16-00131-CV | *Dunsmore v. U.T.* | 14th COA | Dismissed WOJ |
| | | | | |
| 12/03/12 | 4:12-CV-3521 | *Dunsmore v. Wagner* | USDC-SDTX Houston | Dismissed –Failure to state a claim. 12/19/13 |
| 10/17/16 | 3:16-CV-301 | *Dunsmore v. Davis* | USDC-SDTX Galveston | Dismissed –Failure to exhaust state remedies 10/25/16 |
| 04/07/16 | 3:16-CV-093 | *Dunsmore v. TDCJ – Terrell Unit* | USDC-SDTX Galveston | Dismissed – WOJ 01/04/17 |
| 2014 | 14-20043 | *Dunsmore v Wagner* | 5th Cir. | Dismissed –WOP 03/28/14 |
| 2016 | 16-41596 | *Dunsmore v. TDCJ- Terrell Unit* | 5th Cir. | Dismissed – WOP 02/09/17 |
| 2016 | 16-41489 | *Dunsmore v. Davis* | 5th Cir. | Dismissed – WOJ 09/06/17 |

The Court **FINDS** that, during the past seven year period Mr. Dunsmore has "commenced, prosecuted or maintained" substantially more than five litigations as a *pro se* litigant that have finally been determined adversely to him or have been found to be groundless or frivolous.

Finally, the Court **FINDS** Richard Alexander Dunsmore meets the criteria of a vexatious litigant.

## ORDER

Accordingly, the Court **ORDERS RICHARD ALEXANDER DUNSMORE** adjudicated to be a vexatious litigant.

The Court **ORDERS** that Richard Alexander Dunsmore is prohibited from filing new litigation in any Texas court without first obtaining permission from the appropriate local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE §11.101. Such permission shall be granted only if the litigation appears to have merit and is not filed for purposes of harassment or delay; such permission may also be conditioned on the furnishing of a security.

The Court also admonishes Richard Alexander Dunsmore that if he does file new litigation in violation of this order, that suit will be subject to dismissal, and he may be subject to sanctions. *See* TEX. CIV. PRAC. & REM. CODE §11.101(b).

Within 30 days of the date of this Order, the Court **ORDERS** the Brazoria County District Clerk to transmit a copy of this Order to:

> The Office of Court Administration
> (Attn: Judicial Information)
> P.O. Box 12066
> Austin, Texas 78711-2066
> JudInfo@txcourts.gov

The Court **ORDERS** the Brazoria County District Clerk and the Brazoria County Clerk is to refuse the filing of any new litigation by Richard Alexander Dunsmore unless he first obtains written permission from the appropriate local administrative judge.

**RICHARD ALEXANDER DUNSMORE** is hereby **Notified** that he is subject to punishment for contempt if he fails to obey this Order. If found guilty of contempt, Richard Alexander Dunsmore may be punished by a fine of up to Five Hundred Dollars ($500.00) and sentenced to six (6) months in jail.

Signed this date: December 12, 2018
Angleton, Texas       at 12:03 PM.

Lamar McCorkle
Judge Presiding